## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

CALDWELL-BAKER COMPANY, *et al.*,   )
                                             )
               **Appellants,**     )
                                             )
**vs.**                                   )    **CIVIL NO. 04-647-JPG**
                                           )
**SOUTHERN ILLINOIS RAILCAR** )
**COMPANY,** *et al.*,              )
                                           )
               **Appellees.**      )

## JUDGMENT

In accordance with the Order entered this day, this action is **DISMISSED** with prejudice.

**NORBERT G. JAWORSKI, CLERK OF COURT**

**January 17, 2007.**                **By:s/Deborah Agans**
*Date*                            *Deputy Clerk*

**Approved:** *s/ J. Phil Gilbert*         **EOD:** 1/17/07